CONCHITA E. LOZANO-BATISTA, Bar No. 227227
CRAIG L. SCHECHTER, Bar No. 308968
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: courtnotices@unionsounsel.net
    clozano@unioncounsel.net
    cschechter@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>PMK CONTRACTORS LLC, a California Limited Liability Company,<br><br>　　　　　　　Defendant. | No. 4:21-cv-04413-HSG<br><br>**PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON** |

**TO: THE CLERK OF THE COURT AND DEFENDANT PMK CONTRACTORS LLC, A California Corporation:**

Pursuant to Civil Local Rule 7-10, Plaintiffs hereby request that the Case Management Conference ("CMC"), currently scheduled for September 14, 2021 at 2:00 p.m., be continued for approximately sixty (60) days.

---

1

PLAINTIFF'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 4:21-cv-04413-HSG

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

1  Plaintiffs filed their Complaint against Defendant on June 9, 2021.  Plaintiffs served the
2  Summons and Complaint on Defendant by substituted service on June 15, 2021.  Plaintiffs filed a
3  proof of service with this Court on June 16, 2021.

4  On July 6, 2021, the parties filed a joint Stipulation Extending Time to Answer
5  Complaint. On July 7, 2021, this Court issued an Order extending the date for Defendant to file a
6  response pleading until July 16, 2021. On July 16, 2021, Defendant filed an Answer to the
7  Complaint.

8  Since July 16, 2021, counsel for the parties have been in actively communicating with one
9  another regarding a settlement to this matter. The parties believe that a settlement is forthcoming.
10  For these reasons, Plaintiffs request that the Court continue the September 14, 2021 Case
11  Management Conference for approximately sixty (60) days.

12  The above stated facts are set forth in the accompanying Declaration of Craig L. Schechter
13  in Support of Plaintiffs Request Continue Case Management Conference, filed herewith.

Dated:  September 10, 2021                         WEINBERG, ROGER & ROSENFELD
                                                   A Professional Corporation

                                                   /s/ Craig L. Schechter
                                               By: CRAIG L. SCHECHTER
                                                   Attorneys for Plaintiffs

151698\1203539

### ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Based upon the foregoing Request to Continue of Case Management Conference and Declaration of Craig L. Schechter in Support thereof, the Court orders a continuance of the September 14, 2021 Case Management Conference for approximately sixty (60) days, or as soon thereafter as a court date is available.

Dated: 9/10/2021

**DENIED**
Judge Haywood S. Gilliam Jr.

HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Court District Judge

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

CONCHITA E. LOZANO-BATISTA, Bar No. 227227
CRAIG L. SCHECHTER, Bar No. 308968
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  courtnotices@unionsounsel.net
         clozano@unioncounsel.net
         cschechter@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PMK CONTRACTORS LLC, a California Limited Liability Company,<br><br>Defendant. | No. 3:21-cv-04413-HSG<br><br>**DECLARATION OF CRAIG L. SCHECHTER IN SUPPORT OF PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |

I, Craig L. Schechter, declare as follows:

1. I am an attorney with the law firm of Weinberg Roger and Rosenfeld, located at 1375 55th Street, Emeryville, California, 94608, the attorneys for Plaintiffs in this matter. I have knowledge of the facts stated in this Declaration and I could and would testify competently thereto.

2. Plaintiffs filed their Complaint in this matter on June 9, 2021.

1

3. Defendant was served by substituted service on June 15, 2021. Plaintiffs filed a proof of service with this Court on June 16, 2021.

4. On July 6, 2021, the parties filed a joint Stipulation Extending Time to Answer Complaint.

5. On July 7, 2021, this Court issued an Order extending the date for Defendant to file a response pleading until July 16, 2021.

6. Defendant filed an Answer to the Complaint on July 16, 2021.

7. Since that date, counsel for the parties have been actively communicating with one another regarding settlement of this matter. The parties believe that a settlement is forthcoming.

8. Based upon these facts, Plaintiffs request that the Case Management Conference currently set for September 14, 2021 at 2:00 P.M. be continued for approximately sixty (60) days to allow the parties to finalize the terms of a settlement.

I declare under penalty of perjury that the forgoing is correct.

Dated:  September 10, 2021  
WEINBERG, ROGER & ROSENFELD  
A Professional Corporation

By: */s/ Craig L. Schechter*  
CRAIG L. SCHECHTER  
Attorneys for Plaintiffs

151698\1203521

WEINBERG, ROGER & ROSENFELD  
A Professional Corporation  
1375 55th Street  
Emeryville, California 94608  
(510) 337-1001

2

DECLARATION OF CRAIG L. SCHECHTER IN SUPPORT OF PLAINTIFF'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE  
Case No.  3:21-cv-04413-HSG