CONCHITA E. LOZANO-BATISTA, Bar No. 227227
CRAIG L. SCHECHTER, Bar No. 308968
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  courtnotices@unionsounsel.net
         clozano@unioncounsel.net
         cschechter@unioncounsel.net

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PMK CONTRACTORS LLC, a California Limited Liability Company,<br><br>Defendant. | No. ~~3:21-cv-04413-HSG~~ 4:21-cv-04413-HSG<br><br>~~NOTICE OF SETTLEMENT AND~~ STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

1

~~NOTICE OF SETTLEMENT AND~~ STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER
Case No.  4:21-cv-04413-HSG

4847-1995-6221v1
NON-BC\27336012

The parties hereto, through their respective counsel, have agreed to a settlement of this matter and hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-references matter be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Respectfully Submitted:

Dated:  September 30, 2021        WEINBERG, ROGER & ROSENFELD
                                  A Professional Corporation

                                  */s/ Craig L. Schechter*
                              By: CRAIG L. SCHECHTER

Dated:  September 30, 2021        BERLINER COHEN, LLP

                              By: EILEEN P. KENNEDY

## ATTESTATION

Concurrence in the filing of this document has bene obtained from each of the individual(s) whose electronic signature is attributed above.

*/s/ Craig L. Schechter*
Craig L. Schechter

151698\1208367

## ORDER

The parties have resolved this matter and agreed that the above-captioned case be dismissed in its entirety with prejudice. IT IS HEREBY ORDERED that this case be dismissed in its entirety with prejudice pursuant to the parties' Stipulation.

**IT IS SO ORDERED.**

Dated:  10/1/2021

THE HONORABLE HAYWOOD S. GILIAM, JR.
United States District Judge

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

2
N̶O̶T̶I̶C̶E̶ ̶O̶F̶ ̶S̶E̶T̶T̶L̶E̶M̶E̶N̶T̶ ̶A̶N̶D̶ STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER
Case No.  4:21-cv-04413-HSG
4847-1995-6221v1
NON-BC\27336012